

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2020

No. 04-20-00080-CV

Rosanna **BARRERA**, Jenesey Barrera and Sage Barrera,
Appellants

v.

Dean **CHERER** & Chererco LLC,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-1394-CV-A
Honorable Jessica Crawford, Judge Presiding

# O R D E R

In this appeal, Appellant Jenesey Barrera filed a statement of inability to afford payment of court costs, but her co-appellants Rosanna Lee Barrera and Sage Maricela Barrera did not.

On February 13, 2020, we advised Rosanna and Sage Barrera that if they wished to proceed without payment of court costs on appeal, they must file in this court a Statement of Inability to Afford Payment of Court Costs by February 24, 2020. *See* TEX. R. APP. P. 20.1(c); TEX. R. CIV. P. 145(b), (e).

On the due date, Sage and Rosanna Barrera each filed a statement. Sage Barrera's statement declares under penalty of perjury that she cannot afford to pay court costs, but Rosanna Barrera's statement does not.

Rosanna Barrera's statement shows she is unemployed, her sole source of income is a child support payment, and her monthly expenses account for her entire monthly income. But it also indicates she has an application for SSDI pending.

If Rosanna Barrera is unable to afford payment of court costs, we order Rosanna Barrera to file in this court within TEN DAYS of the date of this order an amended statement that declares under penalty of perjury that she cannot afford to pay court costs.

If Rosanna Barrera can afford to pay court costs or if she fails to file an amended statement as ordered, we will reinstate the appellate timetable and set the record due approximately FORTY DAYS from the date of this order.

All other appellate deadlines remain SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of February, 2020.



_____
Michael A. Cruz,
Clerk of Court